# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WYNN HOLDINGS, LLC, | Case No. 2:17-cv-00127-RFB-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 28) |
| ROLLS-ROYCE MOTOR CARS NA, LLC, et al., | |
| Defendant(s). | |

On December 6, 2017, the Court set a hearing on Plaintiff's attorneys' motion to withdraw for 9:30 a.m. on December 18, 2017. Docket No. 29. The Court ordered that a corporate representative for Plaintiff was required to attend that hearing. *Id.* A corporate representative failed to do so. Accordingly, the Court **DEFERS** ruling on the motion to withdraw and **RESETS** the hearing on that motion for 10:00 a.m. on January 10, 2018, in Courtroom 3D. Plaintiff's current counsel and a corporate representative for Plaintiff shall attend the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.** Plaintiff's current counsel shall serve a copy of this order on Plaintiff, and shall file a proof of service by December 21, 2017.

IT IS SO ORDERED.

Dated: December 18, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE