# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WYNN HOLDINGS, LLC, | ) |
| Plaintiff(s), | ) Case No. 2:17-cv-00127-RFB-NJK |
| v. | ) **ORDER** |
| ROLLS-ROYCE MOTOR CARS NA, LLC, et al., | ) (Docket No. 35) |
| Defendant(s). | ) |

    Pending before the Court is Defendants' motion to extend. Docket No. 35. The Court hereby **SETS** that motion for 10:00 a.m. on January 10, 2018, in Courtroom 3D.

    IT IS SO ORDERED.

    Dated: January 4, 2018

                                                          NANCY J. KOPPE
                                                          UNITED STATES MAGISTRATE JUDGE