# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

WYNN HOLDINGS, LLC,

        Plaintiff(s),

vs.

ROLLS-ROYCE MOTOR CARS NA, LLC

        Defendant(s).

Case 2:17-cv-00127-RFB-NJK

## SUBSTITUTION OF ATTORNEY

WYNN HOLDINGS, LLC (Plaintiff) ~~(Defendant)~~ hereby substitutes
(Name of Party)

Eric D. Hone and the law firm of Dickinson Wright PLLC
(New Attorney)

(Address): 8363 West Sunset Road, Suite 200, Las Vegas, NV 89113

(Telephone): 702-550-4400, as attorney of record in place and

stead of: S. Wolfe Thompson and Sagar Raich (Raich Law PLLC)
(Present Attorney)

DATED: January 9, 2018

(Signature of Party)

I consent to the above substitution.

DATED: January 9, 2018

(Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: January 9, 2018     _____
                            (Signature of New Attorney)

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: January 16, 2018    _____
                            United States Magistrate Judge