OGONNA M. BROWN, ESQ.
Nevada Bar No. 7589
E-mail: obrown@nevadafirm.com
MARY LANGSNER, ESQ.
Nevada Bar No. 13707
E-mail: mlangsner@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
*Attorneys for Plaintiff Wynn Holdings, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WYNN HOLDINGS, LLC, a Montana limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ROLLS-ROYCE MOTOR CARS NA, LLC, a Delaware limited liability company; TOWBIN MOTOR CARS, LLC, a Nevada limited liability, company;<br><br>Defendants. | CASE NO.: 2:17-cv-00127-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**<br><br>**SUBMITTED IN COMPLIANCE WITH LR IA 6-1** |

Plaintiff WYNN HOLDINGS, LLC ("Plaintiff"), by and through its undersigned counsel of record, and Defendants ROLLS-ROYCE MOTOR CARS NA, LLC ("Rolls-Royce") and TOWBIN MOTOR CARS, LLC ("Towbin") (collectively with Rolls-Royce, the "Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree and jointly move this Court for a seven-day extension of the time, from **April 6, 2018, to April 13, 2018,** within which Plaintiff shall have to file its opposition to Rolls-Royce's Motion for Summary Judgment [ECF No. 57][1] and its opposition to Towbin's

---

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the District of Nevada case identified in the caption above as they appear on the docket maintained by the District Court Executive/Clerk of Court of the United States District Court for the District of Nevada.

- 1 -

12664-01/2027319.docx

Motion for Summary Judgment [ECF No. 63] (collectively, the "Motions"), which Motions were filed on Friday March 16, 2018.

This instant Stipulation is submitted pursuant to Local Rules of Practice for the United States District Court for the District of Nevada IA 6-1 and is the parties' first request for an extension of the deadline for Plaintiff to file its oppositions to the Motions. Good cause for the requested extension exists as undersigned counsel for Plaintiff was recently retained less than one month ago and needs additional time to review evidence, prepare witness declarations, and complete the oppositions to the Motions. Therefore, an extension of seven (7) calendar days is requested, to provide Plaintiff through Friday April 13, 2018, to file its oppositions to the Motions.

Other than as expressly identified herein with respect to the requested extension, this stipulation does not alter or change any other dates, deadlines, or hearing dates set by the Court in this matter.

**IT IS SO STIPULATED.**

Dated this 6 day of April 2018.

| | |
|---|---|
| **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON** | **JONES LOVELOCK** |
| /s/ Ogonna M. Brown | /s/ Nicole Lovelock |
| OGONNA M. BROWN, ESQ.<br>Nevada Bar No. 7589<br>MARY LANGSNER, ESQ.<br>Nevada Bar No. 13707<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Wynn Holdings, LLC* | NICOLE LOVELOCK, ESQ.<br>Nevada Bar No. 11187<br>JUSTIN C. JONES, ESQ.<br>Nevada Bar No. 8519<br>400 South Fourth Street, Suite 500<br>Las Vegas, Nevada 89101<br><br>**BOWMAN AND BROOKE, LLP**<br>RICHARD STUHLBARG, ESQ.<br>Nevada Bar No. 9698<br>IAN G. SCHULER, ESQ.<br>Nevada Bar No. 12638<br>750 B Street, Suite 1740<br>San Diego, California 92101<br><br>*Attorneys for Defendants Rolls-Royce Motor Cars NA, LLC and Towbin Motor Cars, LLC* |

- 2 -

12664-01/2027319.docx

# ORDER

Based upon the foregoing stipulation and agreement of the parties as set forth above, and good cause appearing:

**IT IS ORDERED** that the deadline for Plaintiff to file its oppositions to the Motions [ECF No. 57] and [ECF No. 63], shall be extended for seven (7) calendar days; and

**IT IS FURTHER ORDERED** that on or before **April 13, 2018**, Plaintiff shall file his oppositions to the Motions.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 11th day of April, 2018.

- 3 -

12664-01/2027319.docx