# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WYNN HOLDINGS, LLC, | Case No. 2:17-cv-00127-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 71) |
| ROLLS-ROYCE MOTOR CARS NA, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation for the Court to acknowledge that the deadline to file a joint proposed pretrial order is extended by the filing of dispositive motions by plain operation of Local Rule 26-1(b)(5). Docket No. 71. The stipulation is **DENIED** as unnecessary. As the deadline at issue has already been vacated and extended by operation of the local rules, a Court order is not needed.

IT IS SO ORDERED.

DATED: April 16, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge