| | |
|---|---|
| 1 | NICOLE E. LOVELOCK, ESQ.<br>Nevada Bar No. 11187 |
| 2 | JUSTIN C. JONES, ESQ.<br>Nevada Bar No. 8519 |
| 3 | JONES LOVELOCK<br>400 S. 4th St., Ste. 500 |
| 4 | Las Vegas, NV 89101<br>Tel:   702/805-8450 |
| 5 | Fax:   702/805-8451<br>nlovelock@joneslovelock.com |
| 6 | jjones@joneslovelock.com |

RICHARD L. STUHLBARG, ESQ.
Nevada Bar No. 9698
IAN G. SCHULER, ESQ.
Nevada Bar No. 12638
BOWMAN AND BROOKE LLP
750 B Street Suite 1740
San Diego, CA 92101
Tel:   619/ 376-2500
Fax:   619/ 376-2501
richard.stuhlbarg@bowmanandbrooke.com
ian.schuler@bowmanandbrooke.com

Attorneys for Defendants,
ROLLS-ROYCE MOTOR CARS, NA, LLC and
TOWBIN MOTOR CARS, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WYNN HOLDINGS, LLC, a Montana limited liability company,<br><br>           Plaintiff,<br><br>v.<br><br>ROLLS-ROYCE MOTOR CARS NA, LLC, a Delaware limited liability company; TOWBIN MOTOR CARS, LLC, a Nevada limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS .I through X, inclusive,<br><br>           Defendants. | Case No.  2:17-cv-00127-RFB-NJK<br><br>**STIPULATION TO REMOVE COUNSEL AND ORDER THEREON**<br><br>Judge:       Hon. Richard F. Boulware, III<br>Magistrate Judge:  Hon. Nancy J. Koppe |

Following the death of attorney of record Greg W. Marsh in the above-captioned matter, the parties stipulate to disassociate Greg W. Marsh, of the Law Offices of Greg W. Marsh, as counsel of record and respectfully ask the court to remove Mr. Marsh from the CM/ECF electronic filing system.

**IT IS SO STIPULATED.**

Dated this 3rd day of May 2018.

| | |
|---|---|
| **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**<br><br>By: _/s/Ogonna M. Brown_<br>OGONNA M. BROWN, ESQ.<br>Nevada Bar No. 7589<br>MARY LANGSNER, ESQ.<br>Nevada Bar No. 13707<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Wynn Holdings, LLC* | **JONES LOVELOCK**<br><br>By: _/s/ Nicole Lovelock_<br>NICOLE LOVELOCK, ESQ.<br>Nevada Bar No. 11187<br>JUSTIN C. JONES, ESQ.<br>Nevada Bar No. 8519<br>400 South Fourth Street, Suite 500<br>Las Vegas, Nevada 89101<br><br>RICHARD STUHLBARG, ESQ.<br>Nevada Bar No. 9698<br>IAN G. SCHULER, ESQ.<br>Nevada Bar No. 12638<br>750 B Street, Suite 1740<br>San Diego, California 92101<br><br>*Attorneys for Rolls-Royce Motor Cars NA, LLC and Towbin Motor Cars, LLC* |

## ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge
DATED: May 4, 2018