**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WYNN HOLDINGS, LLC, | Case No.: 2:17-cv-00127-RFB-NJK |
| Plaintiff(s), | |
| v. | **Order** |
| ROLLS-ROYCE MOTOR CARS NA, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is the motion to adjudicate attorney's lien by Plaintiff's former counsel, filed on July 11, 2018. Docket No. 87. The deadline to respond to that motion has expired. *See* Local Rule 7-2(b). To date, no response has been filed. The Court hereby ORDERS Plaintiff and Paul Edalat to file, no later than August 7, 2018, either a response in opposition to the motion or a notice of non-opposition.[1]

IT IS SO ORDERED.

Dated: July 31, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

_____
[1] If they wish to do so, Plaintiff's current counsel and/or any intervening counsel may also file a response by August 7, 2018.