# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WYNN HOLDINGS, LLC, | Case No. 2:17-cv-00127-RFB-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| ROLLS-ROYCE MOTOR CARS NA, LLC, ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Counsel Ogonna M. Brown's Motion to Withdraw (ECF No. 113), filed on July 2, 2020. Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that the requirements of LR IA 11-6(b) have been met. Ms. Brown indicates that the professional relationship between plaintiff and counsel has broken down with regard to communications and the strategy of the case. The Court will require that Plaintiff Wynn Holdings, LLC advise the Court if it will retain new counsel by August 14, 2020 as it must retain new counsel if it intends to continue to litigate this matter. *See United States v. High Country Broad.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam); *In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (stating that "[c]orporations and other unincorporated associations must appear in court through an attorney."). Filing a notice of new counsel on or before August 14, 2020 is sufficient to comply with the Court's order. Failure to respond may result in a recommendation to the United States District Judge assigned to this case that dispositive sanctions be issued against Plaintiff Wynn Holdings, LLC, including dismissal of this action.

**IT IS HEREBY ORDERED** that Plaintiff Counsel Ogonna M. Brown's Motion to Withdraw (ECF No. 113) is granted.

**IT IS FURTHER ORDERED** that Plaintiff Wynn Holdings, LLC shall have until **August 14, 2020** to advise the Court if it will retain new counsel. Failure to notify the Court as to their new representation may subject it to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff to the civil docket and send a copy of this Order to Plaintiff's last known address:

Wynn Holdings, LLC

c/o Paul Edalat

4533 McArthur Blvd, #503

Newport Beach, CA  92660

702-499-6068


DATED: July 14, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE