Nicole Lovelock
Nevada Bar No. 11187
Justin C. Jones
Nevada Bar No. 8519
JONES LOVELOCK
6675 S. Tenaya Way, Suite 200
Las Vegas, NV 89113
Tel:   702/805-8450
Fax:   702/805-8451
nlovelock@joneslovelock.com
jjones@joneslovelock.com

Richard L. Stuhlbarg
Nevada Bar No. 9698
BOWMAN AND BROOKE LLP
970 W. 190th Street, Suite 700
Torrance, CA 90502
Tel:   310/ 768-3068
Fax:   310/ 719-1019
richard.stuhlbarg@bowmanandbrooke.com

Attorneys for Defendants,
ROLLS-ROYCE MOTOR CARS, NA, LLC and
TOWBIN MOTOR CARS, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WYNN HOLDINGS, LLC, a Montana limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>ROLLS-ROYCE MOTOR CARS NA, LLC, a Delaware limited liability company; TOWBIN MOTOR CARS, LLC, a Nevada limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS .I through X, inclusive,<br><br>          Defendants. | Case No.  2:17-cv-00127-RFB-DJA<br><br>Judge: Hon. Richard F. Boulware, III<br>Magistrate Judge:   Hon. Daniel J. Albregts<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between all of the above-named parties by and through their undersigned counsel of record that the entirety of this action is hereby dismissed, with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs including experts and attorneys' fees incurred herein.

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED that as a separate negotiated element of this Stipulation, the terms of the settlement agreement between Plaintiff and Defendants, along with the amount of consideration shall remain confidential.

Respectfully submitted,

BOWMAN AND BROOKE LLP

Dated: December 9, 2020   By:   /s/ *Richard L. Stuhlbarg*
Richard L. Stuhlbarg
Nevada Bar No. 9698
BOWMAN AND BROOKE LLP
970 W. 190th Street, Suite 700
Torrance, CA 90502

Attorneys for Defendants ROLLS-ROYCE MOTOR CARS NA and TOWBIN MOTOR CARS, LLC

HONG & HONG LAW OFFICE

Dated: December 16, 2020   By:   /s/ *Joseph Y. Hong*
Joseph Y. Hong
Nevada Bar No. 005995
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135

Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED   this day of December, 2020.

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2020, I electronically the foregoing documents with the Clerk of this Court, using the CM/ECF System. In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 16, 2020, at Torrance, California.

BOWMAN AND BROOKE LLP

By:  /s/ *Richard L. Stuhlbarg*
Richard L. Stuhlbarg
Nevada Bar No. 9698
BOWMAN AND BROOKE LLP
970 W. 190th Street, Suite 700
Torrance, CA 90502


**PROOF OF SERVICE**
**F.R.C.P. Rule 5(b)(2)**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 970 W. 190th Street, Suite 700, Torrance, CA 90502.

I hereby certify that on December 16, 2020, I served the foregoing document: **STIPULATION AND ORDER FOR DISMISSAL** on:

Joseph Y. Hong, Esq.
HONG & HONG LAW OFFICE
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Plaintiff

as follows:

( )  **BY MAIL (F.R.C.P. Rule 5(b)(2))** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, I sealed such document(s) in separate envelopes for each addressee and deposited each for collection and mailing with U.S. postal service on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( )  **BY OVERNIGHT DELIVERY (F.R.C.P. Rule 5(b)(2))** I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under the practice, the envelope would be put in a sealed envelope and deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than **1** day after date of deposit for mailing in affidavit.

( )  **BY ELECTRONIC SERVICE**: Based on an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the addressees persons at the electronic notification listed on the Service/Mailing List.

(X)  **BY CM/ECF:** I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the parties as shown on the attached Service List.

( )  **BY PERSONAL SERVICE (F.R.C.P. 5(2)):** I delivered such envelope by hand to the addressee.

Executed on December 16, 2020, at San Pedro, California.

(X)  **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Emily Zabatta*

Emily Zabatta